IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY,<br>          Plaintiff,<br><br>     v.<br><br>CONNOLLY CONTRACTORS, INC., and GLENN M. WHITE BUILDERS, INC.<br><br>          Defendants. | CIVIL ACTION<br><br><br>NO. 19-4241 |

**O R D E R**

AND NOW, this 16th day of November, 2020, upon consideration of Defendant Glenn M. White Builders, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Doc. No. 10) and Plaintiff Main Street America Assurance Company's Response in Opposition (Doc. No. 12), it is hereby ORDERED that the Motion is DENIED.

                                                BY THE COURT:

                                                s/ J. Curtis Joyner

                                                _____
                                                J. CURTIS JOYNER, J.