IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>CONNOLLY CONTRACTORS, INC., et al.,<br><br>  Defendants. | CIVIL ACTION<br>NO. 19-4241 |

## ORDER

**AND NOW**, this 28th day of February 2022, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 25), Defendant Connolly Contractors, Inc.'s Response (Doc. No. 29), Defendant Glenn M. White Builders, Inc.'s Response (Doc. No. 31), Plaintiff's Reply (Doc. No. 26), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 25) is **GRANTED**.

2. Main Street shall have 14 days to determine whether to pursue a claim for reimbursement of defense costs from Connelly Contractors and to file a submission with the Court documenting those costs.

BY THE COURT:

/s/ Joel H. Slomsky____
JOEL H. SLOMSKY, J.